IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02001-BNB

LAWRENCE M. JIRON,

Petitioner,

v.

THE STATE OF COLORADO,
ATTORNEY GENERAL JOHN W. SUTHERS, and
D.O.C. DIRECTOR ARISTEDES ZAVARAS,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 9 2008

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Petitioner Lawrence M. Jiron initiated this action by filing *pro se* a document
titled "An 'Order'" in which he challenges the validity of his Colorado state court criminal
conviction and seeks his release from custody. In an order filed on September 17,
2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a
civil action and directed Mr. Jiron to cure certain deficiencies if he wished to pursue his
claims. Specifically, Magistrate Judge Boland ordered Mr. Jiron to file an Application for
a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and either to pay the filing fee
or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.
§ 1915 in a Habeas Corpus Action. Mr. Jiron was warned that the action would be
dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Jiron has failed to cure the deficiencies within the time allowed and he has
failed to respond in any way to Magistrate Judge Boland's September 17 order.

Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 20 day of _____ Oct. _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-02001-BNB

Lawrence M. Jiron
Prisoner No. 116040
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  10/29/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk